# EXHIBIT A


20127191

1 Kevin D. Lally (SBN 095374)
Robin L. Thornton (SBN 255736)
2 Philip M. Greenan (SBN 291923)
GREENAN, PEFFER, SALLANDER & LALLY LLP
3 6111 Bollinger Canyon Road, Suite 500
San Ramon, California 94583
4 Telephone: (925) 866-1000/ Facsimile: (925) 830-8787

5 Attorneys for Plaintiff, Cross-Defendants, and Cross-Complainants
VRINDERPAUL S. MANN, doing business as
6 Cream Real Estate Investments and HERMAN MANN

7

FILED
ALAMEDA COUNTY
OCT 1 0 2017
CLERK OF THE SUPERIOR COURT
By _____
Deputy

8                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                         FOR THE COUNTY OF ALAMEDA

10                              UNLIMITED JURISDICTION

11

12 VRINDERPAUL S. MANN, an individual,      ) Case No. HG16802566
   doing business as Cream Real Estate      )
13 Investments,                             ) **JUDGMENT ON JURY VERDICT**
                                            )
14            Plaintiff,                     ) Judge: The Honorable Frank Roesch
                                            )
15    vs.                                    ) Date Filed: February 3, 2016
                                            ) Trial Date: September 11, 2017
16 JAWAD SAID, an individual,               )
   NEIGHBORHOOD RESTORATION FUND           )
17 LLC, a California Limited Liability Company )
   and ROES I through XX, inclusive,        )
18                                          )
            Defendants.                      )
19 _____ )
                                            )
20 AND RELATED CROSS-ACTIONS                )
                                            )
21 _____ )

22

23

24

25

26

27

28

Greenan,
Peffer,
Sallander &
Lally LLP

1    This action came on regularly for trial on September 11, 2017, in Department 24 of the

2    Superior Court of Alameda County, the Honorable Frank Roesch presiding; Plaintiff, Cross-

3    Defendant, and Cross-Complainant Vrinderpaul S. Mann, dba Cream Real Estate Investments,

4    and Cross-Defendant and Cross-Complainant Herman Mann (collectively, the "Manns")

5    appearing by attorneys Kevin D. Lally and Robin L. Thornton of Greenan, Peffer, Sallander &

6    Lally LLP and Defendant, Cross-Complainant, and Cross-Defendant Jawad Said, Defendant and

7    Cross-Defendant Neighborhood Restoration Fund LLC, and Cross-Defendants Horia Said and

8    Khatera Said (collectively, the "Saids") appearing by attorney Paul Steiner of the Law Offices of

9    Paul J. Steiner.

10    A jury of twelve (12) persons was regularly impaneled and sworn. Witnesses were sworn

11    and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed

12    by the Court and the cause submitted to the jury with directions to return a verdict on special

13    issues. The jury deliberated and thereafter returned into Court with its verdict, in three separate

14    verdict forms, as follows:

15         1.   **Breach of Oral Contract**:

16         (*Claim by Vrinderpaul Mann, doing business as Cream Real Estate Investments, Against*

17    *Jawad Said and Neighborhood Restoration Fund LLC*)

18         Vrinderpaul Mann, dba Cream Real Estate Investments, is entitled to judgment against

19    Jawad Said and Neighborhood Restoration Fund, LLC in the amount of $387,637.00;

20         2.   **Breach of Oral Contract**:

21         (*Claim by Jawad Said Against Herman Mann*)

22         Jawad Said take nothing by this claim and Herman Mann is entitled to judgment for

23    costs against Jawad Said;

24    / / /

25    / / /

26    / / /

27

28

Case: 18-04091   Doc# 2   Filed: 06/15/18   Entered: 06/15/18 19:00:56   Page 3 of 8

3. **Intentional Misrepresentation**:

(*Claim by Vrinderpaul Mann, doing business as Cream Real Estate Investments, Against Jawad Said and Neighborhood Restoration Fund LLC*)

Vrinderpaul Mann, dba Cream Real Estate Investments, is entitled to judgment against Jawad Said and Neighborhood Restoration Fund, LLC, and each of them, for their fraudulent conduct in the amount of $387,637.00;

4. **Intentional Misrepresentation**:

(*Claim by Jawad Said Against Vrinderpaul Mann, dba Cream Real Estate Investments*)

Jawad Said take nothing by this claim and Vrinderpaul Mann, dba Cream Real Estate Investments, is entitled to judgment for costs against Jawad Said;

5. **Intentional Misrepresentation**:

(*Claim by Jawad Said Against Herman Mann*)

Jawad Said take nothing by this claim and Herman Mann is entitled to judgment for costs against Jawad Said;

6. **Negligent Misrepresentation**:

(*Claim by Vrinderpaul Mann, doing business as Cream Real Estate Investments, Against Jawad Said and Neighborhood Restoration Fund LLC*)

Vrinderpaul Mann, dba Cream Real Estate Investments, is entitled to judgment against Jawad Said and Neighborhood Restoration Fund LLC. .

7. **Negligent Misrepresentation**:

(*Claim by Jawad Said Against Vrinderpaul Mann, dba Cream Real Estate Investments*)

Jawad Said take nothing by this claim and Vrinderpaul Mann, dba Cream Real Estate Investments, is entitled to judgment for costs against Jawad Said;

8. **Negligent Misrepresentation**:

(*Claim by Jawad Said Against Herman Mann*)

Jawad Said take nothing by this claim and Herman Mann is entitled to judgment for costs against Jawad Said;

/ / /

1        9.     **Breach of Covenant of Good Faith and Fair Dealing**:

2       (*Claim by Vrinderpaul Mann, doing business as Cream Real Estate Investments, Against*

3 *Jawad Said and Neighborhood Restoration Fund LLC*)

4       Vrinderpaul Mann, dba Cream Real Estate Investments, is entitled to judgment against

5 Jawad Said and Neighborhood Restoration Fund, LLC in the amount of $387,637.00;

6       10.     **Breach of Fiduciary Duty**:

7       (*Claim by Vrinderpaul Mann, doing business as Cream Real Estate Investments, Against*

8 *Jawad Said and Neighborhood Restoration Fund LLC*)

9       Vrinderpaul Mann, dba Cream Real Estate Investments, is entitled to judgment against

10 Jawad Said and Neighborhood Restoration Fund, LLC in the amount of $387,637.00;

11       11.     **Breach of Fiduciary Duty**:

12       (*Claim by Jawad Said Against Herman Mann*)

13       Jawad Said take nothing by this claim and Herman Mann is entitled to judgment for costs

14 against Jawad Said;

15       12.     **Constructive Trust**:

16       (*Claim by Vrinderpaul Mann, doing business as Cream Real Estate Investments, Against*

17 *Jawad Said and Neighborhood Restoration Fund LLC*)

18       Vrinderpaul Mann, dba Cream Real Estate Investments, is entitled to judgment against

19 Jawad Said and Neighborhood Restoration Fund, LLC in the amount of $387,637.00;

20       13.     **Constructive Trust**:

21       (*Claim by Jawad Said Against Herman Mann*)

22       Jawad Said take nothing by this claim and Herman Mann is entitled to judgment for costs

23 against Jawad Said;

24       14.     **Unjust Enrichment**:

25       (*Claim by Vrinderpaul Mann, doing business as Cream Real Estate Investments, Against*

26 *Jawad Said and Neighborhood Restoration Fund LLC*)

27       Vrinderpaul Mann, dba Cream Real Estate Investments, is entitled to judgment against

28 Jawad Said and Neighborhood Restoration Fund, LLC in the amount of $387,637.00;

Greenan,
Peffer,
Sallander &
Lally LLP

4

JUDGMENT ON JURY VERDICT                           Case No. HG16802566

Case: 18-04091    Doc# 2    Filed: 06/15/18    Entered: 06/15/18 19:00:56    Page 5 of 8

15. **Conversion**:

(*Claim by Vrinderpaul Mann, doing business as Cream Real Estate Investments, Against Jawad Said and Neighborhood Restoration Fund LLC*)

Vrinderpaul Mann, dba Cream Real Estate Investments, is entitled to judgment against Jawad Said and Neighborhood Restoration Fund, LLC in the amount of $387,637.00;

16. **Voidable Transfer**:

(*Claim by Vrinderpaul Mann, doing business as Cream Real Estate Investments, Against Horia Said, Khatera Said, Jawad Said and Neighborhood Restoration Fund LLC*)

Vrinderpaul Mann, dba Cream Real Estate Investments, is entitled to judgment against Horia Said, Khatera Said, Jawad Said and Neighborhood Restoration Fund LLC voiding the transfer by Deed of Trust of certain real property located at 4597 Deep Creek Road, Fremont, California 94555 (APN 543-0414-001-00), recorded on June 1, 2016 as Document No. 2016137569 in the Official Records of the Alameda County;

17. **Constructive Voidable Transfer**:

(*Claim by Vrinderpaul Mann, doing business as Cream Real Estate Investments, Against Horia Said, Khatera Said, Jawad Said and Neighborhood Restoration Fund LLC*)

Vrinderpaul Mann, dba Cream Real Estate Investments, is entitled to judgment against Horia Said, Khatera Said, Jawad Said and Neighborhood Restoration Fund LLC voiding the transfer by Deed of Trust of certain real property located at 4597 Deep Creek Road, Fremont, California 94555 (APN 543-0414-001-00), recorded on June 1, 2016 as Document No. 2016137569 in the Official Records of the Alameda County;

18. **Concealment**:

(*Claim by Jawad Said Against Herman Mann and Vrinderpaul Mann, dba Cream Real Estate Investments*)

Jawad Said take nothing by this claim and Herman Mann and Vrinderpaul Mann dba Cream Real Estate Investments are entitled to judgment for costs against Jawad Said;

/ / /

/ / /

Greenan,
Peffer,
Sallander &
Lally LLP

5

19. **Punitive Damages**:

(*Claim by Vrinderpaul Mann, doing business as Cream Real Estate Investments, Against Jawad Said, Horia Said, and Neighborhood Restoration Fund LLC*)

Vrinderpaul Mann, dba Cream Real Estate Investments is entitled to punitive damages against Jawad Said in the amount of $150,000 and against Horia Said in the amount of $37,500.

Vrinderpaul Mann, doing business as Cream Real Estate Investments, takes nothing by this claim against Neighborhood Restoration Fund LLC and Neighborhood Restoration Fund LLC is entitled to judgment on this claim;

20. **Alter Ego**:

(*Claim by Vrinderpaul Mann, doing business as Cream Real Estate Investments, and Herman Mann Against Jawad Said, Horia Said, and Neighborhood Restoration Fund LLC*)

Vrinderpaul Mann, dba Cream Real Estate Investments and Herman Mann are entitled to judgment against Jawad Said, Horia Said and Neighborhood Restoration Fund, LLC finding that Neighborhood Restoration Fund LLC is the alter ego of its members Jawad Said and Horia Said and that Jawad Said and Horia Said are personally liable for the indebtedness of Neighborhood Restoration Fund LLC to Vrinderpaul Mann.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the Saids take nothing by their Cross-Complaint and that Vrinderpaul S. Mann have and recover the following:

a.     From Jawad Said, Horia Said, and Neighborhood Restoration Fund, LLC, and each of them, the sum of $387,637.00 with prejudgment interest thereon of ten percent (10%) per annum from and including October 30, 2015 to the date of entry of this judgment, presently calculated through October 4, 2017, at the sum of $74,871.00, plus $106.20 per day until entry of judgment, with additional interest thereon at the rate of ten percent (10%) per annum from the date of entry of this judgment until paid.

b.     From Jawad Said, the sum of $150,000 as punitive damages, plus interest thereon at the rate of ten percent (10%) per annum from the date of entry of this judgment until paid.

Greenan,
Peffer,
Sallander &
Lally LLP

1       c.     From Horia Said, the sum of $37,500 as punitive damages, plus interest thereon at

2  the rate of ten percent (10%) per annum from the date of entry of this judgment until paid.

3       d.     From Jawad Said, Horia, Said, and Neighborhood Restoration Fund, LLC, costs, ,

4  and disbursements as determined pursuant to a memorandum of costs for costs of suit.

5       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the transfer by Deed

6  of Trust of certain real property located at 4597 Deep Creek Road, Fremont, California 94555

7  (APN 543-0414-001-00), recorded on June 1, 2016 as Document No. 2016137569 in the Official

8  Records of the Alameda County, is VOID.

9       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Neighborhood

10  Restoration Fund LLC is the alter ego of its members Jawad Said and Horia Said and that Jawad

11  Said and Horia Said are personally liable for the indebtedness of Neighborhood Restoration Fund

12  LLC to Vrinderpaul Mann.

13       IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT Herman Mann is

14  awarded his costs of suit as determined pursuant to his Memorandum of Costs.

15

16  Dated: October _10_, 2017

17

18  _Frank Roesch_

19  _____

20  Hon. Frank Roesch
     JUDGE OF THE SUPERIOR COURT

21

22  APPROVED AS TO FORM:

23  LAW OFFICES OF PAUL J. STEINER

24

25  By: _____

26       Paul J. Steiner
     Attorneys for the Saids

27  Dated:  October __, 2017

28

Greenan,
Peffer,
Sallander &
Lally LLP

JUDGMENT ON JURY VERDICT

7

Case No. HG16802566

Case: 18-04091   Doc# 2   Filed: 06/15/18   Entered: 06/15/18 19:00:56   Page 8 of 8