1  Stephen D. Finestone (125675)
   Jennifer C. Hayes (197252)
2  Ryan A. Witthans (301432)
   FINESTONE HAYES LLP
3  456 Montgomery Street, Floor 20
   San Francisco, CA 94104
4  Tel.: (415) 421-2624
   Fax: (415) 398-2820
5  Email: rwitthans@fhlawllp.com

6  Attorneys for Plaintiff,
   Vrinderpaul Mann

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>HORIA SAID,<br><br>Debtor. | Case No. 18-40252-WJL<br>Chapter 7<br><br>**STIPULATION TO VOLUNTARILY DISMISS ADVERSARY PROCEEDING** |
| VRINDERPAUL MANN,<br><br>Plaintiff,<br><br>v.<br><br>HORIA SAID, Debtor,<br><br>Defendant. | Adv. Proc. No. 18-04091<br><br>[No hearing requested] |

Plaintiff Vrinderpaul Mann and debtor-defendant Horia Said (collectively, the "Parties") have reached a settlement of their dispute. Pursuant to their settlement, the Parties hereby stipulate as follows:

1. This adversary proceeding shall be dismissed with prejudice.
2. The Parties agree to bear their own costs and attorneys' fees.

STIPULATION TO VOLUNTARILY DISMISS ADVERSARY PROCEEDING    1

DATED: March 4, 2021          FINESTONE HAYES LLP

                              /s/ Ryan A. Witthans
                              Ryan A. Witthans
                              Attorneys for Vrinderpaul Mann

DATED: March 4, 2021          FARSAD LAW OFFICE, P.C.

                              /s/ Nancy Weng
                              Nancy Weng
                              Attorneys for Horia Said

STIPULATION TO VOLUNTARILY DISMISS ADVERSARY PROCEEDING   2